AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2026

SEAN F. MCAVOY, CLERK

CINDY KOTHANDARAMAN
*Plaintiff*
v.

CITY OF PULLMAN
*Defendant*

Civil Action No. 2:26-CV-00175-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff’s federal claims are DISMISSED with prejudice under 28U.S.C. § 1915(e)(2)(B)(ii). The Court DECLINES to exercise supplemental jurisdiction over Plaintiff’s remaining state law claims under 28 U.S.C. § 1367(c)(3). Those claims are DISMISSED without prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 11/6/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*